
**PNC BANK**

'08 AUG 18 A9:24

June 16, 2008

U.S. Bankruptcy Court
Western District of Pennsylvania
5415 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219

Case Name: Michael A. McKitrick
Case Number: 08-23348-JAD

To Whom It May Concern:

Please withdraw claim # 6 in the amount of $55,541.36 on behalf of PNC Bank NA. The claim was inadvertently filed electronically to the wrong case number.

If you have any questions please feel free to contact me at 1-800-878-0027 x87036.

Thank-you,

Randy Moser
Senior Asset Specialist

Member of The PNC Financial Services Group
Consumer Loan Center  2730 Liberty Avenue  Pittsburgh  Pennsylvania  15222